AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-02852 - BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jessie K. Liu, U.S. Attorney for D.C.
was received by me on *(date)*  12/7/2018  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Tammatha Dawkins  , who is

designated by law to accept service of process on behalf of *(name of organization)*  U.S. Attorney's
Office-DC  on *(date)*  12/10/18  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/10/2018

_____
Server's signature

Daniel Waltz, Staff Att.,
Printed name and title

Animal Legal Defense Fund
The Yard, 700 Pennsylvania Ave, Washington DC 20003
Server's address

Additional information regarding attempted service, etc: